UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:25-cv-22924-EA

Patrick Cohen, on behalf of himself and others )
similarly situated, )
                                                                         )
        Plaintiff, )
                                                                         )
        vs. )
                                                                         )
American Honda Finance Corporation d/b/a )
Acura Financial Services, )
                                                                         )
        Defendant. )

**JOINT NOTICE OF SETTLEMENT**

Patrick Cohen ("Plaintiff") and American Honda Finance Corporation ("Defendant") notify the Court that they have reached an agreement in principle to settle this matter on an individual basis. The Parties respectfully request that the Court vacate all pending deadlines and allow them 30 days within which to memorialize the terms of their settlement and to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 17, 2025                                     /s/ *James L. Davidson*

                                                                                   James L. Davidson
                                                                                   FL. Bar No. 723371
                                                                                   Greenwald Davidson Radbil PLLC
                                                                                  5550 Glades Road, Suite 500
                                                                                  Boca Raton, Florida 33431
                                                                                  Telephone: (561) 826-5477
                                                                                  jdavidson@gdrlawfirm.com

                                                                                  Counsel for Plaintiff

**MESSER STRICKLER BURNETTE, LTD.**
<u>By:</u> */s/ Lauren M. Burnette*
LAUREN M. BURNETTE
FL Bar No. 0120079
JOHN M. MAREES II
FL Bar No. 069879
1400 Marsh Landing Pkwy.
Suite 109
Jacksonville, FL 32250
(904) 892-6936
(904) 298-8350 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com

Genevieve Walser-Jolly (CA SBN 262784) (Admitted *Pro Hac Vice)*
Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
(714) 557-3800
Genevieve.Walser-Jolly@wbd-us.com

Tomio Narita (CA SBN 156576)
*(Admitted Pro Hac Vice)*
Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750 San Francisco, CA 94111
(415) 433-1900
Tomio.Narita@wbd-us.com

Travis Campbell (CA SBN 271580)
(Admitted *Pro Hac Vice)*
Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750 San Francisco, CA 94111 (415) 433-1900
Travis.Campbell@wbd-us.com

*Counsel for Defendant*