UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:25-cv-22924-EA

PATRICK COHEN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.

AMERICAN HONDA FINANCE CORPORATION D/B/A ACURA FINANCIAL SERVICES,

    Defendant.

_____/

## ORDER DISMISSING WITH PREJUDICE AND CLOSING CASE

This cause is before the Court on the parties' [ECF No. 29] Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"). Therefore, it is **ORDERED AND ADJUDGED**:

1. The case is **DISMISSED WITH PREJUDICE**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. Each Party is to bear their own fees and costs.

4. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 5th day of February 2026.



_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

James Lee Davidson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
jdavidson@gdrlawfirm.com

Lauren Marshall Burnette
lburnette@messerstrickler.com
Messer Strickler Burnette, Ltd.
12276 San Jose Blvd., Suite 718
Jacksonville, FL 32223

Genevieve Walser-Jolly
Genevieve.Walser-Jolly@wbd-us.com
Courtney Camilla Wenrick
Courtney.Wenrick@wbd-us.com (Inactive)
R. Travis Campbell
travis.campbell@wbd-us.com
Tomio B. Narita
Tomio.Narita@wbd-us.com
Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618